_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

SA   AUG 1 2 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL FOOTBALL LEAGUE, NFL
PROPERTIES LLC, NEW ENGLAND
PATRIOTS L.P., OAKLAND RAIDERS,
LTD, and ST. LOUIS RAMS PARTNERSHIP,

Plaintiffs,

v.

DANIEL W. BASE, STACY L. BASE, ALL
STAR SPORTS ENTERPRISES, and ALL
STAR SPORTS COLLECTIBLES,

Defendants.

Case No. **CV4   1776**

COMPLAINT

JURY DEMANDED



**04-CV-01776-CMP**

Plaintiffs National Football League ("NFL"), NFL Properties LLC ("NFLP"), New

England Patriots L.P. ("New England Patriots" or "Patriots"), Oakland Raiders. Ltd. ("Oakland

Raiders" or "Raiders"), and St. Louis Rams Partnership ("St. Louis Rams" or "Rams") for their

Complaint, allege as follows, upon knowledge with respect to themselves and their own acts and

upon information and belief with respect to all other matters:

## I. PRELIMINARY STATEMENT

1.      This action arises from defendants' willful and blatant counterfeiting and

unauthorized use of trademarks owned or controlled by the NFL, NFL Properties LLC, the New

England Patriots, the Oakland Raiders and the St. Louis Rams to create the false impression that

**ORIGINAL**

COMPLAINT - JURY DEMANDED
47880-001 \ 14721 1

-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1   Defendants' commercial activities are affiliated with the NFL, the Patriots, the Raiders, the Rams

2   and the NFL's annual Super Bowl game.  In particular, Defendants are using the world famous

3   SUPER BOWL trademark, the NEW ENGLAND PATRIOTS, OAKLAND RAIDERS, and ST.

4   LOUIS RAMS word marks and design logos and other NFL trademarks to offer for sale

5   counterfeit rings.

6       2.      These counterfeit rings have no genuine association with the NFL, NFL Properties

7   LLC, the New England Patriots, the Oakland Raiders or the St. Louis Rams.

8       3.      Defendants' conduct constitutes a bad faith attempt to trade upon the enormous

9   goodwill associated with the NFL's SUPER BOWL and NFL team trademarks by offering for

10  sale counterfeit rings bearing the SUPER BOWL, Vince Lombardi Super Bowl Trophy, and

11  PATRIOTS, RAIDERS and RAMS trademarks.  Defendants have been repeatedly informed of

12  Plaintiffs' prior and superior trademark rights.  Nonetheless, and despite Plaintiffs' efforts to

13  resolve this matter amicably (and even after assurances from Defendants that they would cease

14  the illegal and offending activity), Defendants have refused to discontinue their use of the

15  Plaintiffs' marks or to withdraw the counterfeit product from the marketplace, and indeed appear

16  to have expanded their infringing activities.  As a result, Plaintiffs filed the instant action to

17  protect their valuable intellectual property rights.

18      4.      This is an action at law and in equity to remedy acts of, *inter alia*, counterfeiting,

19  trademark infringement, false designation of origin and misrepresentation in commerce,

20  trademark dilution, unfair competition, and violation of the Washington State Consumer

21  Protection Act, all caused by Defendants' manufacture, offering for sale and sale of counterfeit

22  and infringing product bearing the Plaintiffs' registered trademarks, and other activities

23  knowingly, willfully and intentionally undertaken by Defendants for the purpose of usurping the

24  value and goodwill embodied by Plaintiffs' trademarks.  Defendants' activities have caused, and

25  will continue to cause, irreparable harm to the NFL and its Member Clubs, entitling Plaintiffs to

26  injunctive relief, damages, profits of the infringers, attorneys' fees and the other relief provided

27  for in 15 U.S.C. §§ 1117 and 1125.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## II.  THE PARTIES

5.      Plaintiff NFL is an unincorporated association of thirty-two member clubs (the "Member Clubs"), with its principal place of business at 280 Park Avenue, New York, New York 10017. Each of the Member Clubs owns and operates a professional football team that provides entertainment services to the public in the form of competitive professional football games in various locations throughout the United States.

6.      Plaintiff NFL Properties LLC ("NFLP") is a limited liability corporation organized and existing under the laws of Delaware with its principal place of business at 280 Park Avenue, New York, NY 10017. NFLP is responsible for promoting, protecting and licensing the trademarks of the NFL and its Member Clubs to third parties.

7.      Plaintiff New England Patriots is a limited partnership organized and existing under the laws of Delaware with its principal place of business at Gillette Stadium, One Patriot Place, Foxboro, Massachusetts, 02035. The New England Patriots football franchise owns and operates a professional football team, which provides entertainment services to the public in the form of competitive football games. The New England Patriots football franchise is one of the thirty-two Member Clubs of the NFL.

8.      Plaintiff Oakland Raiders, Ltd. is a California limited partnership with its principal place of business at 1220 Harbor Bay Parkway, Alameda, California 94502. The Oakland Raiders football franchise owns and operates a professional football team, which provides entertainment services to the public in the form of competitive football games. The Oakland Raiders football franchise also is one of the thirty-two Member Clubs of the NFL.

9.      Plaintiff St. Louis Rams Partnership is a general partnership organized and existing under the laws of Delaware with its principal place of business at 1 Rams Way, St. Louis, Missouri 63045. The St. Louis Rams football franchise also owns and operates a professional football team and provides related entertainment services, and is one of the Member Clubs of the NFL.

10.     Upon information and belief, Defendant All Star Sports Enterprises is a

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1 Washington unincorporated entity with its principal place of business at 18930 Bothell Everett

2 Highway, Apartment E102, Bothell, Washington.

3       11.    Upon information and belief, Defendant All Star Sports Collectibles is a

4 Washington unincorporated entity with its principal place of business at 18930 Bothell Everett

5 Highway, Apartment E102, Bothell, Washington.

6       12.    Upon information and belief, Defendants Daniel W. Base and Stacy L. Base, and

7 the marital community thereof, reside within King County, Washington, at 18930 Bothell Everett

8 Highway, Apartment E102, Bothell, Washington.

9       13.    Defendants also have been associated with at least two additional Washington

10 State addresses, P.O. Box 12517, Mill Creek, Washington 98082 and 10807 41st Drive SE,

11 Everett, WA 98208.

## III. JURISDICTION AND VENUE

13       14.    This is a civil action for counterfeiting, trademark infringement, false designation

14 of origin and misrepresentation in commerce, trademark dilution, unfair competition, and

15 violation of the Washington State Consumer Protection Act, and arises under the federal Lanham

16 Act, 15 U.S.C. § 1051 et seq., federal common law, and Washington State statutory and common

17 law.

18       15.    This Court has jurisdiction over the subject matter of this complaint pursuant to

19 28 U.S.C. § 1338(a) and (b) because the complaint involves claims for counterfeiting, trademark

20 infringement, false representation of origin and false representation, and unfair competition

21 under the federal Lanham Act, 15 U.S.C. § 1051 et seq.

22       16.    This Court has supplemental jurisdiction over the Washington State claims under

23 28 U.S.C. § 1367.

24       17.    This Court has jurisdiction over the Defendants pursuant to RCW 4.28.185, as

25 Defendants reside and are located within this state, have transacted business in this state, and

26 have committed tortious acts within this state.

27       18.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) & (c) and

COMPLAINT - JURY DEMANDED
42880-001 \ 147211

-4-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1 § 1400(a) as a substantial part of the events giving rise to Plaintiffs' claims occurred in this

2 district and Defendants reside and are found within this district.

### IV.  FACTS

**The NFL's Well-Known SUPER BOWL and Vince Lombardi Super Bowl Trophy Trademarks**

6   19.   The NFL brand of professional football and the identifying names, logos and other indicia associated with the NFL, including the SUPER BOWL trademark, are enormously popular with both sports fans and the general public.  NFL football is, and for many years has been, the most popular spectator sport in the United States.  The SUPER BOWL game has practically achieved the status of a national holiday, inspiring social events throughout the weekend on which it is held.  The ultimate goal of each Member Club is to appear in, and win, the SUPER BOWL championship game.  Plaintiffs, the print and broadcast media, and the general public have used the mark SUPER BOWL millions of times when referring to the NFL and its championship game.  As a result, licensees, sponsors and advertisers pay significant fees to use the NFL's famous SUPER BOWL mark, and consumers worldwide identify the mark SUPER BOWL exclusively with Plaintiffs and the NFL Member Clubs.

17   20.   The NFL and the Member Clubs derive substantial revenue from game admission fees and from national television and radio broadcast rights to games, including the SUPER BOWL game.  Millions of persons attend the games each year, and millions more follow the NFL, its Member Clubs and NFL games in the electronic and print media and access and download information related to the games via the Internet, including at the NFL's Web site at www.superbowl.com.  The NFL and its Member Clubs have invested substantial sums of money promoting their games, including the SUPER BOWL game.

24   21.   As a result, the SUPER BOWL trademark is instantly recognizable to millions of consumers across the United States and the world.  Consequently, the SUPER BOWL trademark has enormous marketing value to Plaintiffs.  Given the enormous popularity of NFL football in general, and the SUPER BOWL game in particular, a license to use the SUPER BOWL

COMPLAINT - JURY DEMANDED
42880-001 \ 147211

-5-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    trademark is a highly coveted and valuable commercial asset precisely because it conveys to

2    consumers the message that Plaintiffs sponsor or endorse the licensed product.

3         22.     Beginning with the SUPER BOWL III game in 1969, each year's SUPER BOWL

4    championship game has been identified with a roman numeral in conjunction with the words

5    "Super Bowl". Plaintiffs' use of roman numerals in conjunction with the NFL's SUPER BOWL

6    mark also renders the mark instantly recognizable to consumers as being sponsored or endorsed

7    by Plaintiffs.

8         23.     The Vince Lombardi Super Bowl Trophy also has achieved widespread

9    recognition in connection with Plaintiffs' SUPER BOWL championship games. The Vince

10   Lombardi Super Bowl Trophy, including its distinctive design and silhouette, is known as

11   representing Plaintiff NFL and the SUPER BOWL championship teams.

12        24.     Plaintiff NFL owns the following federal trademark registrations for the SUPER

13   BOWL mark and variations thereof:

14

| Registration Number | Mark | International Class | Date of First Use |
|---|---|---|---|
| 0,846,056 | SUPER BOWL | 028 | 12/06/66 |
| 0,882,283 | SUPER BOWL | 041 | 01/15/67 |
| 1,226,261 | VINCE LOMBARDI TROPHY NFL SUPER BOWL and Design | 041 | 05/07/74 |

20

21   Registration numbers 846,056, 882,283, and 1,226,261 are incontestable pursuant to Section 15

22   of the Lanham Act, 15 U.S.C. § 1065. Copies of the certificates for these federal trademark

23   registrations are attached hereto as **Exhibit 1**. In addition, Plaintiff NFL owns a pending federal

24   application for the SUPER BOWL mark in connection with articles of clothing in International

25   Class 025 (Serial No. 76/572,704, Date of First Use: 01/30/1970). Plaintiffs' rights in the mark

26   SUPER BOWL are well established at common law.

27

COMPLAINT - JURY DEMANDED
42880-001 \ 147211                                -6-

25.   Based on Plaintiffs' many years of advertising, promotional and marketing efforts, which have resulted in widespread and favorable public acceptance and recognition for the NFL brand of professional football, the SUPER BOWL trademark has become one of the most famous and prestigious trademarks in the United States.

26.   Plaintiff NFL also is the owner of the following Washington State trademark registration:

| Registration Number | Mark | International Class | Date of First Use |
|---|---|---|---|
| 032384 | SUPER BOWL | 014 | 00/1967 |

A copy of the certificate for this Washington State trademark registration is attached hereto as **Exhibit 2**.

*New England Patriots' Well-Known PATRIOTS Trademarks*

27.   The New England Patriots football franchise was established in 1959, then under the name Boston Patriots. Renamed the New England Patriots in 1971, the New England Patriots franchise is among the NFL leaders in fan attendance and sold-out ticket seasons. In the course of its more than four-decade history, the Patriots franchise has played in four Super Bowl championship games. In Super Bowl XXXVI in 2002, the New England Patriots defeated the St. Louis Rams by a score of 20-17. In Super Bowl XXXVIII in 2004, the Patriots defeated the Carolina Panthers 32-29, and were presented with the Vince Lombardi Trophy for the second time in three years.

28.   Plaintiff New England Patriots owns the following federal trademark registrations (the "PATRIOTS Marks"):

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 0948574 | PATRIOTS | 016 | 07/13/1960 |
| 0949536 | PATRIOTS | 041 | 02/05/1960 |

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 0995095 | NEW ENGLAND PATRIOTS | 041 | 05/05/1971 |
| 1884852 | NEW ENGLAND PATRIOTS | 016<br>025 | 09/00/1971<br>05/00/1971 |
| 2035889 |  | 016<br>025 | 05/00/1993<br>04/00/1993 |
| 2029693 |  | 016<br>025<br>041 | 05/00/1993<br>04/00/1993<br>09/00/1993 |
| 2711199 |  | 041 | 09/00/1993 |
| 2755546 |  | 009<br>016<br>025<br>028<br>041 | 04/00/1993<br>09/00/1993<br>04/00/1993<br>09/00/1993<br>09/00/1993 |

Registrations numbers 948,574; 949,536; 995,095; 1,884,852; 2,035,889; 1,295,023; 2,043,974;

COMPLAINT - JURY DEMANDED

42880-001 \ 147211

-8-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  and 2,029,693 are incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

2  Copies of the certificates for these federal trademark registrations are attached hereto as

3  **Exhibit 3**.

4

5     29.    Plaintiff New England Patriots also is the owner of the following Washington

6  State trademark registrations:

| Registration Number | Mark | International Class | Date of First Use |
|---|---|---|---|
| 032390 | PATRIOTS | 014 | 09/1993 |
| 032391 | | 014 | 09/1993 |



15  Copies of the certificates for these Washington State trademark registrations are attached hereto

16  as **Exhibit 4**.

17     30.    In addition to its aforementioned trademark registrations, the New England

18  Patriots franchise owns common law rights in its PATRIOTS Marks by virtue of their long and

19  exclusive use.

20     31.    Over more than forty years, the Patriots franchise has invested substantial

21  resources in building public recognition in the PATRIOTS Marks.  As a result, the PATRIOTS

22  Marks are recognized by fans around the world as signifying an association with the New

23  England Patriots football franchise and with Plaintiffs NFL and NFLP.

24  **Oakland Raiders' Well-Known RAIDERS Trademarks**

25     32.    The Oakland Raiders football franchise was established in 1960.  In the course of

26  its more than four-decade history, the Oakland Raiders football franchise has become one of the

27  most storied teams in the NFL, playing in five Super Bowl championships and capturing three

COMPLAINT - JURY DEMANDED
42880-001 \ 147211                                    -9-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    World Championships in Super Bowls XI, XV, and XVIII.

2        33.    Plaintiff Oakland Raiders owns, *inter alia*, the following federal trademark

3    registrations (the "RAIDERS Marks"):

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 1,919,846 | OAKLAND RAIDERS | 025 | 09/00/1991 |
| 1,771,383 |  | 016<br>025 | 09/00/1970<br>02/00/1970 |
| 975,685 |  | 041 | 08/00/1960 |
| 974,730 |  | 041 | 07/00/1960 |
| 731,309 | RAIDERS | 041 | 07/00/1960 |

Registrations numbers 1,919,846; 1,771,383; 975,685; 974,730; and 731,309 are incontestable

pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065. Copies of the certificates for these

federal trademark registrations are attached hereto as **Exhibit 5**.

COMPLAINT - JURY DEMANDED
42880-001 \ 147211                                    -10-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

34.     Plaintiff Oakland Raiders also is the owner of the following Washington State
trademark registrations:

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 032386 | RAIDERS | 014 | 09/1993 |
| 032385 | | 014 | 09/1993 |



Copies of the certificates for these Washington State trademark registrations are attached hereto
as **Exhibit 6**.

35.     In addition to its aforementioned trademark registrations, the Oakland Raiders
franchise owns common law rights in its RAIDERS Marks by virtue of their long and exclusive
use.

36.     Over more than forty years, the Raiders franchise has invested substantial
resources in building public recognition in the RAIDERS Marks.  As a result, the RAIDERS
Marks are recognized by fans around the world as signifying an association with the Oakland
Raiders football franchise and with Plaintiffs NFL and NFLP.

**St. Louis Rams' Well-Known RAMS Trademarks**

37.     The Rams football team, which is one of the NFL's oldest member clubs, was
founded in 1937.  Over its nearly seven decades of existence, the Rams team has reached the
Super Bowl championship game three times.  The St. Louis Rams triumphed in Super Bowl
XXXIV championship game in January 2000.  In 2002, the St. Louis Rams returned to the Super
Bowl.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    38.   Plaintiff St. Louis Rams owns, *inter alia*, the following federal trademark

2  registrations (the "RAMS Marks"):

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 2,824,202 | ST. LOUIS RAMS | 025 | 04/12/1995 |
| 2,808,932 |  | 028 | 6/00/2000 |
| 2,565,679 |  | 016 | 04/30/2000 |
| 2,541,067 |  | 025 | 04/30/2000 |

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 2,443,393 |  | 041 | 04/30/2000 |
| 1,861,767 |  | 016, 025 | 09/00/1963 |
| 0,971,048 | RAMS | 041 | 00/00/1937 |

Registrations numbers 0,971,047, 0,971,048, and 1,861,767 are incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065. Copies of the certificates for these federal trademark registrations are attached hereto as **Exhibit 7**.

39.     Plaintiff St. Louis Rams also is the owner of the following Washington State trademark registrations:

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 032427 | RAMS | 014 | 00/1996 |

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

| Registration Number | Mark | International Class(es) | Date of First Use |
|---|---|---|---|
| 032428 |  | 014 | 00/2000 |
| 032429 |  | 014 | 00/1996 |

Copies of the certificates for these Washington State trademark registrations are attached hereto as **Exhibit 8**.

40.    In addition to its aforementioned trademark registrations, the St. Louis Rams franchise owns common law rights in its RAMS Marks by virtue of their long and exclusive use.

41.    Over more than seventy years, the Rams franchise has invested substantial resources in building public recognition in the RAMS Marks. As a result, the RAMS Marks are recognized by fans around the world as signifying an association with the St. Louis Rams football franchise and with Plaintiffs NFL and NFLP.

**The Business Of NFL Properties**

42.    To fulfill its obligations to promote and financially exploit the NFL and Member Club trademarks, NFLP has entered into license agreements with manufacturers and distributors of merchandise and services by which such companies are licensed to use the SUPER BOWL

COMPLAINT - JURY DEMANDED
42880-001 \ 147211

-14-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    and/or Member Club marks in connection with authorized goods or as part of a sponsorship

2    designation ("Licensees").  NFLP has entered into license agreements for use of the SUPER

3    BOWL and Member Club marks with manufacturers and distributors of a wide variety of goods

4    and services, including but not limited to, jewelry, novelty items, sporting goods, clothing and

5    business services.  Some of these Licensees include, but are not limited to, Jostens, Michael

6    Anthony, and Anderson Jewelry.  On behalf of the NFL, NFLP controls and monitors the quality

7    and style of Licensees' products and services incorporating the SUPER BOWL and Member

8    Club marks.  Merchandise and services featuring the SUPER BOWL and Member Club marks

9    are advertised through a wide variety of media, including over the Internet and in various printed,

10   direct-mail catalogues.

11       43.     Licensees have invested significant amounts of capital and have devoted

12   substantial amounts of time and effort to the production, marketing and promotion of

13   merchandise and services bearing the SUPER BOWL and Member Club marks and have

14   established a significant consumer demand for these items through such efforts.  Consumers

15   readily identify SUPER BOWL and Member Club merchandise and services as being sponsored

16   and approved by the NFL.

17       44.     Licensees manufacture and distribute merchandise and services in connection

18   with the SUPER BOWL and Member Club marks throughout the United States in interstate

19   commerce.

20       45.     NFLP derives income in the form of payments from Licensees to use the SUPER

21   BOWL and Member Club marks.

22   **Defendants' Unlawful Activities**

23       46.     Upon information and belief, Daniel W. Base and Stacy Base are individuals, and

24   a married couple, residing in Bothell, Washington.  Upon information and belief, the Bases do

25   business under the names All Sports Enterprises and All Star Sports Collectibles.

26       47.     Defendants have offered, and upon information and belief continue to offer for

27   sale, counterfeit rings that feature the Plaintiffs' SUPER BOWL, VINCE LOMBARDI SUPER

COMPLAINT - JURY DEMANDED
42880-001 \ 347211

-15-

1  BOWL TROPHY, PATRIOTS, RAIDERS and RAMS trademarks.

2      48.     Defendants have sold and offered for sale this counterfeit and infringing
3  merchandise through eBay auctions. A representative listing for a counterfeit PATRIOTS ring
4  offered by the Defendants is annexed hereto as **Exhibit 9**. A representative listing for a
5  counterfeit RAIDERS ring offered by the Defendants is annexed hereto as **Exhibit 10**.

6      49.     Defendants also have offered and, upon information and belief, sold, counterfeit
7  rings bearing the SUPER BOWL and NFL Member Club trademarks through direct mail
8  solicitations. Annexed hereto as **Exhibit 11** is a post card offering a St. Louis Rams SUPER
9  BOWL XXXIV Ring that was mailed by the Defendants.

10  **Plaintiffs' Prior Enforcement Efforts**

11      50.     Plaintiffs first learned of Defendants' unlawful activities in late 2003. On
12  November 13, 2003, Plaintiffs contacted eBay and requested that the auctions for Defendants'
13  counterfeit and infringing merchandise be halted and removed from eBay's listings. *See*
14  **Exhibit 12**. In December 2003 and in February 2004, Plaintiffs learned of additional infringing
15  items being offered for sale by Defendants on eBay, and again contacted eBay asking that the
16  counterfeit items be removed from eBay's listings and the auctions be halted. *See* **Exhibit 13**.

17      51.     On February 20, 2004, Plaintiff NFL sent a cease and desist letter to Defendants
18  demanding that they cease their infringing activities. The same day, Defendant Daniel Base
19  responded to NFL via e-mail, saying that Defendants had "ceased all marketing for the
20  championship rings." *See* **Exhibit 14**.

21      52.     On February 23, 2004, Plaintiff Patriots ordered and paid for a counterfeit New
22  England Patriots Silver Championship ring on eBay from the user "mauiprincess!". Upon
23  information and belief, "mauiprincess!" is the eBay user ID for Defendant Stacy Base. The
24  "mauiprincess!" eBay user ID is linked to the e-mail address (basestacy@aol.com) on eBay.com.
25  *See* **Exhibit 15**.

26      53.     Later in February 2004, NFL again contacted the Defendants, reiterating the
27  demand that Defendants cease their infringing activities. Defendants did not respond, and

COMPLAINT - JURY DEMANDED
42880-001 \ 147211                                                    -16-

1 continued to list infringing and counterfeit items in eBay auctions.

2     54.    In May 2004, Plaintiff Patriots received the counterfeit New England Patriots

3 Silver Championship Ring they had ordered.  Photographs of that ring, which bears Plaintiffs'

4 SUPER BOWL and PATRIOTS trademarks, are annexed hereto as **Exhibit 16**.

5     55.    On March 3, 2004, an agent for Plaintiff NFL ordered and paid for a second

6 counterfeit ring from the Defendants, specifically a Raiders Super Bowl Championship Ring.  As

7 with the Patriots ring, the counterfeit Raiders ring was ordered on eBay from the user

8 "mauiprincess!".  After the Plaintiff's agent inquired about the ring, "Basestacy" emailed

9 payment instructions, directing that payment for the ring be made by money order to Stacy Base,

10 P.O. Box 12517, Mill Creek, WA, 98082.

11     56.    On June 25, 2004, Plaintiff NFL's agent received the counterfeit Los Angeles

12 Raiders Super Bowl Championship Ring they had ordered.  Photographs of that ring, which

13 bears Plaintiffs' SUPER BOWL and RAIDERS trademarks, are annexed hereto as **Exhibit 17**.

14     57.    Also in June 2004, Plaintiff St. Louis Rams received the postcard annexed hereto

15 as **Exhibit 11**, offering a counterfeit ring bearing the SUPER BOWL and RAMS trademarks.

16     58.    On July 1, 2004, the St. Louis Rams football franchise sent a cease and desist

17 letter to Defendants demanding that they cease any and all use of the NFL and RAMS marks.  A

18 copy of the Rams' July 1, 2004 cease and desist letter to the Defendants is annexed hereto as

19 **Exhibit 18**.

20

21                   **CLAIM I**
      **COUNTERFEITING (15 U.S.C. §§ 1114, 1116(D) AND 1117(B) AND (C))**

22
23     59.    Plaintiffs reallege and incorporate by reference the allegations contained in

paragraphs 1 through 58 as if fully set forth herein.

24
25     60.    The Defendants' offering for sale and sale of unauthorized merchandise that bears

the Plaintiffs' trademarks constitutes counterfeiting in violation of §§ 32, 34(d), and 35(b) and

26 (c) of the Lanham Act, 15 U.S.C. §§ 1114, 1116(d) and 1117(b) and (c).

27

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626 6000

61. The Defendants' acts of counterfeiting have caused Plaintiffs to sustain monetary damage, loss and injury, in an amount to be determined at the time of trial.

62. The Defendants have engaged in and continue to engage in these activities knowingly, willfully and deliberately, so as to justify the assessment of exemplary damages against them, in an amount to be determined at the time of trial.

63. In the alternative, Defendants' knowing, willful and deliberate conduct justifies the award of statutory damages against them, in the maximum amount provided by statute.

64. The Defendants' acts of counterfeiting, unless enjoined by this Court, will continue to cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no adequate remedy at law.

## CLAIM II
### FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

65. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 64 as if fully set forth herein.

66. The Defendants' activities constitute trademark infringement in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114, because Defendants' use of counterfeit and/or confusingly similar designations is likely to cause confusion, or to cause mistake, or to deceive consumers into believing that Defendants' products originate from, are affiliated with, or are sponsored, authorized, approved or sanctioned by Plaintiffs.

67. The Defendants' acts of trademark infringement have caused Plaintiffs to sustain monetary damage, loss and injury, in an amount to be determined at the time of trial.

68. The Defendants have engaged in and continue to engage in these activities knowingly, willfully and deliberately, so as to justify the assessment of exemplary damages against them, in an amount to be determined at the time of trial.

69. The Defendants' acts of trademark infringement, unless enjoined by this Court, will continue to cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no adequate remedy at law.

COMPLAINT - JURY DEMANDED
42880-001 \ 147211
-18-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-1179
(206) 626-6000

## CLAIM III
### FALSE DESIGNATION OF ORIGIN AND FALSE REPRESENTATION
### (15 U.S.C. § 1125(a))

70.     Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 69 as if fully set forth herein.

71.     The Defendants' activities constitute false designation of origin, false descriptions and representations and false advertising in commerce in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because they are likely to mislead the trade and public into believing that Defendants' products originate from, are affiliated with, or are sponsored, authorized, approved or sanctioned by Plaintiffs.

72.     The Defendants' acts of false designation of origin, false representation and false advertising have caused Plaintiffs to sustain monetary damage, loss and injury, in an amount to be determined at the time of trial.

73.     The Defendants have engaged in and continue to engage in these activities knowingly, willfully and deliberately, so as to justify the assessment of exemplary damages against them, in an amount to be determined at the time of trial.

74.     The Defendants' acts of false designation of origin, false representation and false advertising, unless enjoined by this Court, will continue to cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no adequate remedy at law.

## CLAIM IV
### FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(c))

75.     Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 74 as if fully set forth herein.

76.     The NFL trademarks, including the SUPER BOWL, PATRIOTS, RAIDERS and RAMS text and logo marks and the Vince Lombardi Super Bowl Trophy trademark, are some of the most famous trademarks used in interstate commerce in the United States.  Among other things, (a) these trademarks are inherently distinctive and have a high degree of acquired distinctiveness; (b) Plaintiffs have used these trademarks for many years throughout the United

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

States and worldwide in connection with numerous products and services; (c) Plaintiffs have advertised and publicized these trademarks for a considerable amount of time throughout the United States and worldwide; (d) Plaintiffs have used these trademarks in a trading area of broad geographical scope encompassing, inter alia, all of the states and territories of the United States; (e) these trademarks have an extremely high degree of recognition among consumers; (f) there are no similar trademarks lawfully in use to any extent or in any nature by third parties in connection with such a broad range of products and services; (g) many of these trademarks, including the SUPER BOWL, NEW ENGLAND PATRIOTS, the PATRIOTS Logo Design, OAKLAND RAIDERS, the RAIDERS Logo Design, ST. LOUIS RAMS, the RAMS Logo Design, and the Vince Lombardi Super Bowl Trophy word marks and logo designations, are registered under the Lanham Act on the Principal Register.

77.     The Defendants' activities constitute trademark dilution in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because they are likely to, and do, dilute and diminish the distinctive value of Plaintiffs' famous trademarks.

78.     The Defendants' acts of trademark dilution have caused Plaintiffs to sustain monetary damage, loss and injury, in an amount to be determined at the time of trial.

79.     The Defendants have engaged in and continue to engage in these activities knowingly, willfully and deliberately, so as to justify the assessment of exemplary damages against them, in an amount to be determined at the time of trial.

80.     The Defendants' acts of trademark dilution, unless enjoined by this Court, will continue to cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no adequate remedy at law.

**CLAIM V**
**WASHINGTON STATE TRADEMARK IMITATION**
**(RCW 19.77.140 et seq.)**

81.     Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 80 as if fully set forth herein.

82.     Plaintiffs NFL, New England Patriots, Oakland Raiders and St. Louis Rams are

COMPLAINT - JURY DEMANDED
42880-001 \ 147211

-20-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  the respective owners of Washington State trademark registrations for the trademarks SUPER

2  BOWL, PATRIOTS, PATRIOTS Logo Design, RAIDERS, RAIDERS Logo Design, RAMS and

3  RAMS Logo Design for use in connection with jewelry in International Class 014.

4    83.    The Defendants' activities as described above were without Plaintiffs' permission,

5  and have caused and are likely to continue to cause confusion, mistake or deception between the

6  Defendants and/or their products and Plaintiffs and/or their products and services.  Such

7  unlawful activities infringe the valuable trademark and other rights of Plaintiffs in their SUPER

8  BOWL, VINCE LOMBARDI SUPER BOWL TROPHY, PATRIOTS, RAIDERS and RAMS

9  trademarks.  The Defendants' actions, as alleged herein, misrepresent the nature, characteristics

10  or qualities of their services or commercial activities.

11    84.    The acts and conduct of the Defendants, as alleged herein, constitute infringement

12  of Plaintiffs' SUPER BOWL, VINCE LOMBARDI SUPER BOWL TROPHY, PATRIOTS,

13  RAIDERS and RAMS trademarks registered in Washington State, and an effort to

14  misappropriate Plaintiffs' trademarks.

15    85.    The Defendants' aforesaid acts have caused Plaintiffs to sustain monetary

16  damage, loss and injury, in an amount to be determined at the time of trial.

17    86.    The Defendants have engaged and continue to engage in these activities

18  knowingly, willfully and deliberately, so as to justify the assessment against them of Plaintiffs'

19  costs and attorneys' fees incurred in this proceeding.

20    87.    The Defendants' aforesaid acts, unless enjoined by this Court, will continue to

21  cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no

22  adequate remedy at law.

**CLAIM VI**
**WASHINGTON STATE TRADEMARK DILUTION - INJUNCTIVE RELIEF FOR**
**OWNERS OF FAMOUS MARKS**
**(RCW 19.77.160 et seq.)**

23

24

25    88.    Plaintiffs reallege and incorporate by reference the allegations contained in

26  paragraphs 1 through 87 as if fully set forth herein.

27

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1        89.    Plaintiffs' SUPER BOWL, VINCE LOMBARDI SUPER BOWL TROPHY,

2 PATRIOTS, RAIDERS and RAMS trademarks are distinctive and famous, and became famous,

3 including in the State of Washington, prior to Defendants' unlawful activities.

4        90.    The Defendants' activities are likely to, and do, dilute and diminish the distinctive

5 value of Plaintiffs' famous trademarks.

6        91.    The Defendants' acts of trademark dilution have caused Plaintiffs to sustain

7 monetary damage, loss and injury, in an amount to be determined at the time of trial.

8        92.    The Defendants have engaged and continue to engage in these activities

9 knowingly, willfully and deliberately, so as to justify the assessment against them of Plaintiffs'

10 costs and attorneys' fees incurred in this proceeding.

11        93.    The Defendants' acts of trademark dilution, unless enjoined by this Court, will

12 continue to cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs

13 have no adequate remedy at law.

14

15

**CLAIM VII**
**COMMON LAW TRADEMARK INFRINGEMENT**

16

17        94.    Plaintiffs reallege and incorporate by reference the allegations contained in

18 paragraphs 1 through 93 as if fully set forth herein.

19        95.    Plaintiffs own the SUPER BOWL, VINCE LOMBARDI SUPER BOWL

20 TROPHY, PATRIOTS, RAIDERS and RAMS trademarks. Plaintiffs have used these marks

21 continuously for several decades and their use is prior to that of the Defendants' use of these

22 marks in connection with jewelry items.

23        96.    The Defendants' activities have caused and are likely to continue to cause

24 confusion between the Defendants and/or their products and Plaintiffs and/or their officially

25 licensed products, and such unlawful activities infringe the valuable common law trademark and

26 other rights of Plaintiffs in their aforementioned marks. The Defendants' actions, as alleged

27 herein, misrepresent the nature, characteristics or qualities of their services or commercial

COMPLAINT - JURY DEMANDED

42880-001 \ 147211

-22-

1   activities.

2      97.   The acts and conduct of the Defendants, as alleged herein, constitute infringement

3   of Plaintiffs common law rights in their trademarks, and an effort to misappropriate Plaintiffs'

4   trademarks.

5      98.   The Defendants' aforesaid acts have caused Plaintiffs to sustain monetary

6   damage, loss and injury, in an amount to be determined at the time of trial.

7      99.   The Defendants have engaged and continue to engage in these activities

8   knowingly, willfully and deliberately, so as to justify the assessment of exemplary damages

9   against them, in an amount to be determined at the time of trial.

10     100.   The Defendants' aforesaid acts, unless enjoined by this Court, will continue to

11   cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no

12   adequate remedy at law.

13                              **CLAIM VIII**
                  **UNFAIR COMPETITION AND MISAPPROPRIATION (COMMON LAW)**
14

15     101.   Plaintiffs reallege and incorporate by reference the allegations contained in

16   paragraphs 1 through 100 as if fully set forth herein.

17     102.   The Defendants' aforesaid activities, including their continued use of the SUPER

18   BOWL, VINCE LOMBARDI SUPER BOWL TROPHY, PATRIOTS, RAIDERS and RAMS

19   text and logo design marks constitute unfair competition with Plaintiffs by creating a likelihood

20   of confusion as to the source or sponsorship of the products sold by the Defendants;

21   misappropriate the Plaintiffs' unique reputation and goodwill that is embodied in the Plaintiffs'

22   trademarks, thereby injuring that reputation and goodwill; and divert from Plaintiffs the benefits

23   arising therefrom.

24     103.   The Defendants' aforesaid acts have caused Plaintiffs to sustain monetary

25   damage, loss and injury, in an amount to be determined at the time of trial.

26     104.   The Defendants have engaged and continue to engage in these activities

27   knowingly, willfully and deliberately, so as to justify the assessment of exemplary damages

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-4179
(206) 626-6000

1   against them, in an amount to be determined at the time of trial.

2       105.   The Defendants' aforesaid acts, unless enjoined by this Court, will continue to

3   cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no

4   adequate remedy at law.

5   **CLAIM IX**
**VIOLATION OF WASHINGTON STATE CONSUMER PROTECTION ACT**

6   **(RCW 19.86.020)**

7       106.   Plaintiffs reallege and incorporate by reference the allegations contained in

8   paragraphs 1 through 105 as if fully set forth herein.

9       107.   The state of Washington has an important interest in ensuring that domestic

10   corporations doing business with Washington residents fully comply with Washington laws.

11       108.   The Defendants' conduct complained of herein is an unfair act or practice that has

12   the capacity to and does deceive consumers into believing that they are receiving products from

13   Plaintiffs or Plaintiffs' official licensees when this is not the case.

14       109.   The Defendants' conduct occurred in the conduct of trade or commerce or the sale

15   of services.

16       110.   The products offered by Plaintiffs and the Defendants implicate the public

17   interest.

18       111.   All the conduct alleged herein occurs and continues to occur in the course of the

19   Defendants' business. The conduct is part of a pattern or generalized course of conduct repeated

20   on numerous occasions daily.

21       112.   The Defendants have engaged and continue to engage in these activities

22   knowingly, willfully and deliberately.

23       113.   Plaintiffs have been directly and proximately injured in their business and

24   property by the Defendants' conduct complained of herein, in violation of Plaintiffs' rights under

25   RCW 19.86.020.

26       114.   The Defendants' violations of RCW 19.86.020 have caused Plaintiffs to sustain

27   monetary damage, loss and injury, in an amount to be determined at the time of trial.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

115. In addition, pursuant to RCW 19.86.090, Plaintiffs are entitled to trebled damages, attorneys' fees and costs of suit, all in amounts to be determined at trial.

116. The Defendants' violations of RCW 19.86.020, unless enjoined by this Court, will continue to cause Plaintiffs to sustain irreparable damage, loss and injury, for which Plaintiffs have no adequate remedy at law.

## V.  PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request entry of a judgment and Order in their favor and against Defendants on all claims as follows:

A. For a permanent injunction against the Defendants and each of their officers, agents, servants, employees and attorneys, and those persons acting in concert or participation with them who receive actual notice of the Order by personal service or otherwise:

1. Using on or in connection with the production, manufacture, advertising, promotion, displaying for sale, offering for sale, sales or distribution of any products or services, or for any commercial purposes whatsoever the words SUPER BOWL, NEW ENGLAND PATRIOTS, PATRIOTS, the PATRIOTS Logo Design, OAKLAND RAIDERS, RAIDERS, the RAIDERS Logo Design, ST. LOUIS RAMS, RAMS, the RAMS Logo Design and the Vince Lombardi Super Bowl Trophy, or any colorable imitations thereof or anything confusingly similar thereto or any of Plaintiffs' trademarks;

2. Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake or to deceive consumers into believing that the Defendants' services or products are the services or products of Plaintiffs, or that there is any affiliation or connection between Plaintiffs or their services and goods and Defendants or its services and products and from otherwise unfairly competing with Plaintiffs;

3. Using any mark in a manner so as to dilute the distinctive quality of the famous SUPER BOWL, NEW ENGLAND PATRIOTS, PATRIOTS, PATRIOTS Logo Design,

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  OAKLAND RAIDERS, RAIDERS, RAIDERS Logo Design, ST. LOUIS RAMS, RAMS,

2  RAMS Logo Design or Vince Lombardi Super Bowl Trophy trademarks.

3       B.    That Defendants be required to recall from any and all channels of trade any and

4  all advertising or promotional materials or other infringing matter and to take affirmative steps to

5  dispel any false suggestion of a connection to Plaintiffs by virtue of Defendants' infringing

6  activities, including, but not limited to, all necessary and appropriate corrective advertising

7  measures.

8       C.    Restraining the Defendants from inducing, encouraging, instigating, aiding,

9  abetting or contributing to any of the aforesaid acts.

10      D.    That all materials, packaging, labels, tags, pamphlets, brochures, signs, sales

11  literature, stationery, advertisements, contracts, documents, materials and the like in the

12  possession or under the control of the Defendants, and all plates, molds, matrices, negatives,

13  masters and other means of making the same, which might, if used, violate such Order, be

14  delivered up and destroyed as the Court shall direct.

15      E.    That the Defendants be directed to cancel pending orders from customers who

16  purchased or offered to purchase counterfeit merchandise from Defendants and be required to

17  notify all such potential purchasers that such orders should be directed to Plaintiff NFLP.

18      F.    That the Defendants be directed to provide to Plaintiffs a listing of each and every

19  sale of counterfeit merchandise by Defendants including, for each, an identification of the

20  transaction date and subject merchandise, the customer name and address, and the price paid.

21      G.    That the Defendants file with the Court and serve on counsel for Plaintiffs within

22  thirty (30) days after service on the Defendants of such Order, or within such extended period as

23  this Court may direct, a report in writing and under oath, setting forth in detail the manner and

24  form in which the Defendants have complied with the Order and injunction.

25      H.    For an award against the Defendants, jointly, severally, and personally, of the

26  Defendants' profits and Plaintiffs' damages resulting from the Defendants' unlawful acts set

27  forth herein, in an amount to be proven at the time of trial, together with legal interest from the

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 676-6000

1 | date of accrual thereof.

2 |     I.    For an award of treble damages pursuant to 15 U.S.C. § 1117 and/or enhanced

3 | damages pursuant to RCW § 19.86.020.

4 |     J.    For an award of statutory damages of $1,000,000 per counterfeit mark per type of

5 | goods sold by the Defendants, or such other amount as the Court considers just, pursuant to

6 | 15 U.S.C.§ 1117(c).

7 |     K.    For an award of exemplary damages pursuant to 15 U.S.C. § 1117.

8 |     L.    That Plaintiffs be awarded the costs of this civil action, together with Plaintiffs'

9 | attorney fees, pursuant to 15 U.S.C. § 1117, RCW 19.77.150, RCW 19.86.080, and the equity

10 | powers of the Court.

11 |     M.    That Defendants be ordered to pay Plaintiffs prejudgment interest on all sums

12 | allowed by law.

13 |     N.    That Plaintiffs be awarded such other and further relief as the Court may deem

14 | equitable and proper.

15 | **JURY DEMAND**

16 | Plaintiffs request a jury trial on all issues so triable.

17 | DATED this 12th day of August, 2004.

18 | STOKES LAWRENCE, P.S.

19 |

20 | By: _Shannon Jost_

21 | Shannon M. Jost (WSBA # 32511)

22 | Attorneys for Plaintiffs

23 |

24 |

25 |

26 |

27 |

COMPLAINT - JURY DEMANDED
42880-001 \ 147211
-27-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-1179
(206) 626-6000

1

04-CV-01776-EXII TO Complaint
1-9

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Renewal

Reg. No. 846,056

Registered Mar. 12, 1968

OG Date May 9, 1989

## TRADEMARK
## SUPPLEMENTAL REGISTER

## SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
410 PARK AVE.
NEW YORK, NY 10022, ASSIGNEE BY MESNE ASSIGNMENT AND CHANGE OF NAME FROM TUDOR METAL PRODUCTS CORPORATION (NEW YORK CORPORATION) BROOKLYN, NY

FOR: EQUIPMENT (OR APPARATUS) SOLD AS A UNIT FOR PLAYING A FOOTBALL-TYPE BOARD GAME, IN CLASS 22 (INT. CL. 28).

FIRST USE 12-6-1966; IN COMMERCE 12-6-1966.

SER. NO. 261,119, FILED P.R. 12-19-1966; AM. S.R. 12-20-1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 9, 1989.*

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 882,283

**United States Patent and Trademark Office**

Registered Dec. 9, 1969

10 Year Renewal

Renewal Approved Nov. 27, 1989

## SERVICE MARK
## PRINCIPAL REGISTER

### SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
410 PARK AVENUE
NEW YORK, NY 10022, ASSIGNEE OF NATIONAL FOOTBALL LEAGUE AND AMERICAN FOOTBALL LEAGUE (NEW YORK CITIZEN) NEW YORK, NY

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF FOOTBALL EXHIBITIONS, IN CLASS 107 (INT. CL. 41).

FIRST USE 1-15-1967; IN COMMERCE 1-15-1967.

SER. NO. 72-321,005, FILED 3-7-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 9, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,226,261
Registered Feb. 1, 1983

## SERVICE MARK
### Principal Register



National Football League (New York association)
410 Park Ave.
New York, N.Y. 10022

For: PROMOTING INTEREST, EXCELLENCE AND SPORTSMANSHIP IN PROFESSIONAL FOOTBALL THROUGH THE MEDIUM OF AN ANNUAL AWARD, in CLASS 41 (U.S. Cl. 107).

First use May 7, 1974; in commerce May 7, 1974.

Owner of U.S. Reg. Nos. 882,055, 1,092,963 and others.

No claim is made to the exclusive right to use "Trophy" and "Bowl", apart from the mark as shown.

The lining in the drawing is for shading purposes.

"Vince Lombardi" identifies a famous football coach who is now deceased.

Sec. 2(f) as to trophy design only.

Ser. No. 356,536, filed Mar. 25, 1982.

JAMES GROSSMAN, Examining Attorney

2

RECYCLED PAPER
RECYCLABLE

## UNITED STATES OF AMERICA

# The State of 🌰 Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

### SUPER BOWL

registered in the State of Washington to

NATIONAL FOOTBALL LEAGUE

names of partners: (if any)          ,

state of incorporation: (if any) New York and I further certify that such trademark

with file # 032384 was  issued on July 12, 2004 and will expire on July 4, 2009.

I further certify that the classification  number of the trademark is 14 and the

actual goods or services with which the trademark is used are

jewelry

The date the trademark was first used anywhere is 1967 and the date the

trademark was first used in Washington is 1967.

Date:     July 12, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Sam Reed, Secretary of State

kr

3

# United States Patent Office

948,574
Registered Dec. 12, 1972

## PRINCIPAL REGISTER
## Trademark

Ser. No. 400,609, filed Aug. 19, 1971

## PATRIOTS

New England Patriots Football Club, Inc. (Massachusetts corporation)
78 Lansdowne St.
Boston, Mass.  02215

For: PUBLICATIONS—NAMELY, F O O T B A L L PROGRAMS—in CLASS 38 (INT. CL. 16).
First use July 13, 1960; in commerce July 13, 1960.



# The United States of America

Nº 948574

## CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this sixteenth day of March 1993.

# United States Patent Office

949,536
Registered Dec. 26, 1972

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 400,611, filed Aug. 19, 1971

## PATRIOTS

New England Patriots Football Club, Inc. (Massachusetts corporation)
78 Lansdowne St.
Boston, Mass.   02215

For: ENTERTAINMENT SERVICES—NAMELY, FOOTBALL EXHIBITIONS—in CLASS 107 (INT. CL. 41).

First use Feb. 5, 1960; in commerce Feb. 5, 1960.



### The United States of America

Nº 949536

## CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this sixteenth day of March 1993.

Robert M. Anderson

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 995,095
Registered Oct. 8, 1974

10 Year Renewal

Renewal Term Begins Oct. 8, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## NEW ENGLAND PATRIOTS

NEW ENGLAND PATRIOTS L.P. (MASSACHUSETTS LIMITED PARTNERSHIP)

FOXBORO STADIUM, ROUTE 1

FOXBORO, MA 02035, BY ASSIGNMENT AND CHANGE OF NAME FROM NEW ENGLAND PATRIOTS FOOTBALL CLUB, INC. (MASSACHUSETTS CORPORATION) FOXBORO, MA

OWNER OF U.S. REG. NOS. 948,574 AND 949,536.

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 5–5–1971; IN COMMERCE 5–5–1971.

SER. NO. 73–002,188, FILED 9–27–1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 29, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 16 and 25

Prior U.S. Cls.: 37, 38 and 39

Reg. No. 1,884,852

## United States Patent and Trademark Office    Registered Mar. 21, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## NEW ENGLAND PATRIOTS

NEW ENGLAND PATRIOTS L.P. (MASSACHU-
SETTS LIMITED PARTNERSHIP)
KRAFT PATRIOT INC.
ONE BOSTON PLACE
BOSTON, MA 02108 , BY CHANGE OF NAME
FROM KMS PATRIOTS L.P. (MASSACHU-
SETTS LIMITED PARTNERSHIP) FOXBORO,
MA 02035

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES AND BOOKS REGARDING FOOTBALL,
POSTCARDS, CALENDARS, WRAPPING
PAPER, PAPER GIFT BOXES, PAPER STICK-
ERS, PAPER NAPKINS, PAPER TOWELS, POS-
TERBOOKS, NOTEPADS, PAPER PLATES,
PAPER CUPS, PAPER HATS AND GREETING
CARDS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 9-0-1971; IN COMMERCE
9-0-1971.
FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-

BANDS, EAR MUFFS, KNIT SKI MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES,
BRACES, CLOTH BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 5-0-1971; IN COMMERCE
5-0-1971.
OWNER OF U.S. REG. NOS. 948,574, 949,536,
AND 995,095.
SEC. 2(F).

SER. NO. 74-322,506, FILED 10-15-1992.

CHERYL LYNN BLACK, EXAMINING ATTOR-
NEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, and 50

**United States Patent and Trademark Office**

Reg. No. 2,035,889

Registered Feb. 4, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NEW ENGLAND PATRIOTS L.P. (MASSACHU-SETTS LIMITED PARTNERSHIP)
KRAFT PATRIOT INC.
ONE BOSTON PLACE
BOSTON, MA 02108 BY CHANGE OF NAME FROM KMS PATRIOTS L.P. (MASSACHU-SETTS LIMITED PARTNERSHIP) FOXBORO, MA 02035

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-0-1993; IN COMMERCE 5-0-1993.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUS-PENDERS, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1993; IN COMMERCE 4-0-1993.

OWNER OF U.S. REG. NOS. 948,574 AND 949,536.

SN 74-374,928. FILED 4-2-1993.

SOPHIA F. KIM, EXAMINING ATTORNEY

Int. Cls.: **16, 25 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107**

Reg. No. 2,029,693

## United States Patent and Trademark Office

Registered Jan. 14, 1997

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



NEW ENGLAND PATRIOTS L.P. (DELAWARE LIMITED PARTNERSHIP)
FOXBORO STADIUM, 60 WASHINGTON STREET
FOXBORO, MA 02035

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-0-1993; IN COMMERCE 5-0-1993.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR, NAMELY COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUS-PENDERS, CLOTH BIBS, JERSEYS, NIGHT

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,711,199
Registered Apr. 29, 2003

## SERVICE MARK
## PRINCIPAL REGISTER



NEW ENGLAND PATRIOTS L.P. (DELAWARE LIMITED PARTNERSHIP)
CMGI FIELD
ONE PATRIOT PLACE
FOXBORO, MA 02035

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF ORGANIZING AND PRESENTING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE SERVICE; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS, FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES PERFORMED BEFORE LIVE AUDIENCES AND BROADCAST VIA TELEVISION, CABLE TELEVISION, SATELLITE TELEVISION AND RADIO BROADCAST; PRODUCING AND DISTRIBUTING AUDIO VISUAL AND MULTI-MEDIA PRESENTATIONS REGARDING THE SPORT OF FOOTBALL VIA A GLOBAL COMMUNICATIONS NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1993; IN COMMERCE 9-0-1993.

SER. NO. 76-419,866, FILED 6-12-2002.

KEVON CHISOLM, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107

**Reg. No. 2,755,546**

# United States Patent and Trademark Office

Registered Aug. 26, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



NEW ENGLAND PATRIOTS L.P. (DELAWARE LIMITED PARTNERSHIP)
CMGI FIELD
ONE PATRIOT PLACE
FOXBORO, MA 02035

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, MAGNETIC CODED CHARGE CARDS AND PRE-PAID TELEPHONE CALLING CARDS, DECORA-TIVE MAGNETS, COMPACT DISCS, TAPES, PRE-RECORDED VIDEOTAPES AND DVD'S FEATUR-ING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, LIGHT SWITCH COV-ERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-1993; IN COMMERCE 4-0-1993.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOT-BALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, STICK-ERS, BUMPER STICKERS, CREDIT CARDS WITH-OUT MAGNETIC CODING, NOTE PAPER, PAPER PENNANTS AND GREETING CARDS; NON-MAG-NETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATION-ERY, ENVELOPES, STATIONERY-TYPE PORTFO-LIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PLAYING CARDS,

PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PA-PER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COLLECTI-BLE CARDS; COLLECTIBLE CARD AND MEMOR-ABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1993; IN COMMERCE 9-0-1993.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOT-TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-SHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAME-LY, ROBES, NIGHT SHIRTS AND PAJAMAS, MIT-TENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR; FOOT-WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1993; IN COMMERCE 4-0-1993.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIG-URES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWL-ING BAGS, FOOTBALLS, TOY BANKS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HAND HELD UNIT FOR PLAYING VIDEO GAMES; BOARD GAMES RELATING TO FOOTBALL,

CHRISTMAS TREE ORNAMENTS, BALLOONS, JIG-SAW PUZZLES, WINDSOCKS, KITES, TOY TRUCKS AND REPLICA MINIATURE FOOTBALL HEL-METS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1993; IN COMMERCE 9-0-1993.

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF ORGANIZING AND PRESENTING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMER-CIAL ON-LINE SERVICE; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCA-TIONAL SERVICES, NAMELY, PHYSICAL EDUCA-TION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMAN-CES PROVIDED DURING INTERVALS AT SPORTS EVENTS; PRODUCTION OF RADIO AND TELEVI-SION PROGRAMS, FOOTBALL GAMES, EXHIBI-TIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES PERFORMED BE-FORE LIVE AUDIENCES AND BROADCAST VIA TELEVISION, CABLE TELEVISION, SATELLITE TELEVISION AND RADIO BROADCAST; PRODU-CING AND DISTRIBUTING AUDIO VISUAL AND MULTI-MEDIA PRESENTATIONS REGARDING THE SPORT OF FOOTBALL VIA A GLOBAL COM-MUNICATIONS NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1993; IN COMMERCE 9-0-1993.

SER. NO. 76-419,865, FILED 6-12-2002.

KEVON CHISOLM, EXAMINING ATTORNEY

**4**

# UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

### PATRIOTS

registered in the State of Washington to

NEW ENGLAND PATRIOTS L.P.

names of partners: (if any)          ,

state of incorporation: (if any) Delaware and I further certify that such trademark

with file # 032390 was  issued on July 13, 2004 and will expire on July 13, 2009.

I further certify that the classification number of the trademark is 14 and the

actual goods or services with which the trademark is used are

jewelry

The date the trademark was first used anywhere is 9/93 and the date the

trademark was first used in Washington is 9/93.

Date:    July 15, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Sam Reed, Secretary of State

kr



# UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

### PROFILE OF HEAD WEARING HELMET, HELMET CONSISTING OF STAR CENTERED AT FRONT & TWO FLAGS EXTENDING BEHIND HELMET

registered in the State of Washington to

NEW ENGLAND PATRIOTS L.P.

names of partners: (if any)           ,

state of incorporation: (if any) DELAWARE and I further certify that such trademark

with file # 32391 was  issued on August 4, 2004 and will expire on July 13, 2009.

I further certify that the classification  number of the trademark is 14 and the

actual goods or services with which the trademark is used are

JEWELRY

The date the trademark was first used anywhere is 9/1993 and the date the

trademark was first used in Washington is 9/1993.

Date:     August 4, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital



Sam Reed, Secretary of State

5

RECYCLED PAPER
RECYCLABLE

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,919,846
Registered Sep. 19, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## OAKLAND RAIDERS

NATIONAL FOOTBALL LEAGUE PROPER-
TIES, INC. (CALIFORNIA CORPORATION)
410 PARK AVENUE
NEW YORK, NY 10022

FOR: KNIT TOPS, HATS, JACKETS AND
JERSEYS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1991; IN COMMERCE
9-0-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "OAKLAND", APART FROM
THE MARK AS SHOWN.

SER. NO. 74-490,242, FILED 2-15-1994.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38 and 39

## United States Patent and Trademark Office

Reg. No. 1,771,383
Registered May 18, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOS ANGELES RAIDERS (PARTNERSHIP)
322 CENTER STREET
EL SEGUNDO, CA 90245

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO PROFESSIONAL FOOTBALL, POST CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO PROFESSIONAL FOOTBALL, POSTER BOOKS, NOTEPADS, PAPER PARTY HATS, GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37 AND 38).
FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.
FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,

PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, TURTLENECKS, WINDBREAKERS, KNIT TOPS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS, AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.
OWNER OF U.S. REG. NOS. 731,310, 973,685 AND OTHERS.

SER. NO. 74-252,823, FILED 3-6-1992.

KATHLEEN COONEY, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 975,685
Registered Dec. 25, 1973
Renewal Term Begins Dec. 25, 1993

## SERVICE MARK
## PRINCIPAL REGISTER



LOS ANGELES RAIDERS, THE (CALI-
FORNIA LIMITED PARTNERSHIP)
332 CENTER STREET
EL SEGUNDO, CA 90245, BY CHANGE
OF NAME FROM OAKLAND RAID-
ERS (CALIFORNIA LIMITED PART-
NERSHIP) OAKLAND, CA

OWNER OF U.S. REG. NOS. 731,309
AND 731,310

FOR: ENTERTAINMENT SERVICES
IN THE FORM OF PROFESSIONAL
FOOTBALL GAMES AND EXHIBI-
TIONS, SOME OF WHICH ARE REN-
DERED THROUGH THE MEDIUM OF
TELEVISION AND RADIO, IN CLASS
107 (INT. CL. 41).

FIRST USE 7-0-1960; IN COMMERCE
8-0-1960.

SER. NO. 72-436,589, FILED 9-25-1972.

*estimony whereof I have hereunto set my hand
caused the seal of The Patent and Trademark
Office to be affixed on Apr. 19, 1994.*

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 974,730

**United States Patent and Trademark Office**

Registered Dec. 11, 1973

10 Year Renewal

Renewal Term Begins Dec. 11, 1993

## SERVICE MARK
## PRINCIPAL REGISTER



LOS ANGELES RAIDERS, THE (CALIFORNIA LIMITED PARTNERSHIP)
332 CENTER STREET
EL SEGUNDO, CA 90245, BY CHANGE OF NAME FROM OAKLAND RAIDERS (CALIFORNIA LIMITED PARTNERSHIP) OAKLAND, CA

OWNER OF U.S. REG. NOS. 731,309 AND 731,310.

THE REPRESENTATION OF THE FOOTBALL IS DISCLAIMED APART FROM THE MARK AS SHOWN.

FOR: PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, SOME OF WHICH ARE RENDERED THROUGH THE MEDIUM OF TELEVISION AND RADIO, IN CLASS 107 (INT. CL. 41).

FIRST USE 7-0-1960; IN COMMERCE 8-0-1960.

SER. NO. 72-436,581, FILED 9-25-1972.

*...mony whereof I have hereunto set my hand ...caused the seal of The Patent and Trademark ...ffice to be affixed on Feb. 22, 1994.*

# United States Patent Office

731,309

Registered May 8, 1962

## PRINCIPAL REGISTER
### Service Mark

*Ser. No. 109,506, filed Dec. 2, 1960*

## RAIDERS

The Metropolitan Oakland Area Football Club, Inc.
(California corporation)
1452 Franklin St.
Oakland, Calif.

For: ENTERTAINMENT SERVICES IN THE NATURE OF FOOTBALL GAMES AND EXHIBITIONS, SOME OF WHICH ARE RENDERED THROUGH THE MEDIUM OF TELEVISION AND RADIO, in CLASS 107.

First use July 1960; in commerce August 1960.

6

PRINTED ON
RECYCLED PAPER



# UNITED STATES OF AMERICA

# The State of 🏛 Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

### RAIDERS

registered in the State of Washington to

OAKLAND RAIDERS, LTD.

names of partners: (if any)          ,

state of incorporation: (if any) California and I further certify that such trademark

with file # 032386 was  issued on July 8, 2004 and will expire on July 8, 2009.

I further certify that the classification  number of the trademark is 14 and the

actual goods or services with which the trademark is used are

jewelry

The date the trademark was first used anywhere is 9/1993 and the date the

trademark was first used in Washington is 9/1993.

Date:     July 12, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Sam Reed, Secretary of State

kr



# UNITED STATES OF AMERICA
# The State of Washington
## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

## HEAD WEARING HELMET WITH CROSSED SWORDS BEHIND HEAD & TEXT "RAIDERS" ABOVE HEAD, ALL ON SHIELD BACKGROUND

registered in the State of Washington to

OAKLAND RAIDERS, LTD

names of partners: (if any)          ,

state of incorporation: (if any) CALIFORNIA and I further certify that such trademark

with file # 32385 was  issued on August 4, 2004 and will expire on July 8, 2009.

I further certify that the classification  number of the trademark is 14 and the

actual goods or services with which the trademark is used are

-    JEWELRY

The date the trademark was first used anywhere is 9/1993 and the date the

trademark was first used in Washington is 9/1993.

Date:     August 4, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital



Sam Reed, Secretary of State

**7**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,824,202

Registered Mar. 23, 2004

## TRADEMARK
## PRINCIPAL REGISTER

# ST. LOUIS RAMS

ST. LOUIS RAMS PARTNERSHIP (DELAWARE GENERAL PARTNERSHIP)
4245 KINGSHIGHWAY BLVD.
ST. LOUIS, MO 63115 , BY ASSIGNMENT LOS ANGELES RAMS FOOTBALL COMPANY (DE-LAWARE CORPORATION) ANAHEIM, CA 92801

FOR: CLOTHING, NAMELY T-SHIRTS, CAPS AND SWEATSHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-12-1995; IN COMMERCE 4-12-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ST. LOUIS", APART FROM THE MARK AS SHOWN.

SER. NO. 74-666,081, FILED 4-26-1995.

JACQUELINE A. LAVINE, EXAMINING ATTOR-NEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,808,932

## United States Patent and Trademark Office
Registered Jan. 27, 2004

## TRADEMARK
## PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (PARTNER-SHIP)
 RAMS WAY
 T. LOUIS, MO 63045

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED TOY ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWLING BAGS, FOOTBALLS, TOY BANKS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HAND HELD UNIT FOR PLAYING VIDEO GAMES; BOARD GAMES RELATING TO FOOT-BALL, CHRISTMAS TREE ORNAMENTS, BAL-LOONS, JIGSAW PUZZLES, AND TOY WINDSOCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

SN 75-861,598, FILED 12-1-1999.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,565,679
Registered Apr. 30, 2002

## TRADEMARK
## PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (PARTNER-
SHIP)
1 RAMS WAY ,
ST. LOUIS, MO 63045

FOR: POSTERS, CALENDARS, TRADING
CARDS, SERIES OF BOOKS RELATING TO FOOT-
BALL, MAGAZINES RELATING TO FOOTBALL,
NEWSLETTERS RELATING TO FOOTBALL, NOTE-
PADS, STICKERS, BUMPER STICKERS, PENS AND
PENCILS, CREDIT CARDS WITHOUT MAGNETIC
ENCODING, NOTE PADS, PAPER PENNANTS AND
GREETING CARDS; PRINTED TICKETS TO
SPORTS GAMES AND EVENTS; NON-MAGNETI-
CALLY CODED PREPAID PHONE CARDS, PENCIL
CASES, RUB ON DECORATIVE TRANSFERS, NOTE
PAPER, PICTORIAL PRINTS, PICTURE POST-
CARDS, ART PICTURES, STATIONERY, ENVEL-
OPES, STATIONERY-TYPE PORTFOLIOS, PHOTO
ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS,
CHECKBOOK COVERS, TISSUE PAPER, WRAP-
PING PAPER, PLAYING CARDS, PAPER TABLE
CLOTHS, PAPER NAPKINS, PAPER PARTY HATS,
PAPER PARTY INVITATIONS, PAPER GIFT
CARDS, PAPER GIFT BAGS, PAPER GIFT BOXES,
COLLECTIBLE CARDS, COLLECTIBLE CARD AND
MEMORABILIA HOLDERS, AND SOUVENIR PRO-
GRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SN 75-722,646, FILED 6-10-1999.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,541,067

Registered Feb. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (DELAWARE GENERAL PARTNERSHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS AND UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SN 75-722,644, FILED 6-10-1999.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 2,443,393

Registered Apr. 10, 2001

## SERVICE MARK
## PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (PARTNER-
SHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: ENTERTAINMENT SERVICES IN THE
NATURE OF PROFESSIONAL FOOTBALL GAMES
AND EXHIBITIONS; PROVIDING SPORTS AND
ENTERTAINMENT INFORMATION VIA A GLO-
BAL COMPUTER NETWORK OR A COMMERCIAL
ON-LINE SERVICE; ARRANGING AND CONDUCT-
ING ATHLETIC COMPETITIONS; ENTERTAIN-
MENT SERVICES, NAMELY, MUSICAL AND
DANCE PERFORMANCES PROVIDED DURING
INTERVALS AT SPORTS EVENTS; FAN CLUB

SERVICES; EDUCATIONAL SERVICES, NAMELY,
PHYSICAL EDUCATION PROGRAMS; PRODUC-
TION OF RADIO AND TELEVISION PROGRAMS
AND LIVE SHOWS FEATURING FOOTBALL
GAMES, EXHIBITIONS, COMPETITIONS AND MU-
SICAL, COMEDY AND DANCE PERFORMANCES,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SN 75-722,643, FILED 6-10-1999.

JAY NOH, EXAMINING ATTORNEY

Int. Cls.: 16 and 25



Prior U.S. Cls.: 2, 37, 38, 39 and 50

Reg. No. 1,861,767

**United States Patent and Trademark Office**   Registered Nov. 8, 1994

## TRADEMARK
### PRINCIPAL REGISTER



LOS ANGELES RAMS FOOTBALL COMPANY
(DELAWARE CORPORATION)
2327 WEST LINCOLN AVENUE
ANAHEIM, CA 92801

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-

BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

OWNER OF U.S. REG. NO. 969,844.

SER. NO. 74–300,714, FILED 8–3–1992.

LINDA E. BLOHM, EXAMINING ATTORNEY

# United States Patent Office

971,048

Registered Oct. 16, 1973

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 390,681, filed Apr. 29, 1971

## RAMS

Los Angeles Rams Football Company (Maryland corporation)
1800 Mercantile Bank & Trust Bldg., Two Hopkins Plaza
Baltimore, Md. 21201, assignee, by mesne assignment and change of name from
Los Angeles Rams Football Co. (Delaware corporation)
Los Angeles, Calif.

For: ENTERTAINMENT SERVICES—NAMELY, PROFESSIONAL FOOTBALL EXHIBITIONS — in CLASS 107 (INT. CL. 41).
First use 1937; in commerce 1937.

8

RECYCLED PAPER



# The State of Washington

## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal,
hereby issue this

certificate that according to records on file in this office,

trademark:

### RAMS

registered in the State of Washington to

ST. LOUIS RAMS PARTNERSHIP

names of partners: (if any)          ,

state of incorporation: (if any) Missouri and I further certify that such trademark

with file # 032427 was  issued on July 19, 2004 and will expire on July 19, 2009.

I further certify that the classification  number of the trademark is 14 and the

actual goods or services with which the trademark is used are

jewelry

The date the trademark was first used anywhere is 1996 and the date the

trademark was first used in Washington is 1996.

Date:     August 10, 2004



Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Sam Reed, Secretary of State



# UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

I, **Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

### RAMS HEAD DESIGN MARK

registered in the State of Washington to

ST. LOUIS RAMS PARTNERSHIP
1 RAMS WAY
ST. LOUIS MO. 63045

names of partners: (if any)              ,

state of incorporation: (if any) MO and I further certify that such trademark

with file # 032428 was issued on July 19, 2004 and will expire on July 19, 2009.

I further certify that the classification number of the trademark is 14 and the

actual goods or services with which the trademark is used are

JEWELRY

The date the trademark was first used anywhere is 2000 and the date the

trademark was first used in Washington is 2000.

Date:     July 23, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital



Sam Reed, Secretary of State



# UNITED STATES OF AMERICA

# The State of Washington

## Secretary of State

I, **Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

trademark:

### RAMS HELMET DESIGN MARK

registered in the State of Washington to

ST. LOUIS RAMS PARTNERSHIP
1 RAMS WAY
ST. LOUIS MO. 63045

names of partners: (if any)         ,

state of incorporation: (if any) MO and I further certify that such trademark

with file # 032429 was issued on July 19, 2004 and will expire on July 19, 2009.

I further certify that the classification number of the trademark is 14 and the

actual goods or services with which the trademark is used are

JEWELRY

The date the trademark was first used anywhere is 1996 and the date the

trademark was first used in Washington is 1996.

Date:    July 23, 2004

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital



Sam Reed, Secretary of State

**9**

 RECYCLED PAPER
RECYCLABLE



home | pay | register | sign in | services | site map| help ⑦

| Browse | Search | Sell | My eBay | Community | Powered By IBM |

◆ Back to home page

Listed in category:
Sports > Fan Shop > Football-NFL > New England Patriots > Other Team Merchandise

## New England Patriots Silver Championship Ring
**Superbowl XXXVIII Champions**

Item number: 2790995479

Buyer or seller of this item? Sign in for your status

Add to watch list in My eBay



↓ Go to larger picture

=Buy It Now Price:  US $595.00

[ Buy It Now > ]

Time left:  **1 days 9 hours**
3-day listing
Ends Mar-02-04
21:36:03 PST

Start time:  Feb-28-04 21:36:03 PST

Quantity:  2 available

History:  Purchases

Item location:  Mill Creek, WA
United States

Ships to:  United States only

↓ Shipping and payment details

### Seller information

mauiprincess! ( 26 ☆ )

Feedback Score: 26
**Positive Feedback: 96.4%**
Member since Aug-16-99 in United States

Read feedback comments

Ask seller a question

**View seller's other items**

🛡 Purchase Protection

**Description**

      

## New England Patriots
## Superbowl Championship
## Solid SilverRing

Own a piece of history with this
Patriots solid Silver Superbowl ring.
This huge, man-sized ring weighs in at
55 grams and features cz's.

Each ring features the Patriots logo, and
the words "Superbowl Champions" on the face
and surrounded by cz's. The side proudly
displays the winning score of

their Superbowl victory.

This edition is limited to 260, and they are
selling fast... so ORDER TODAY!

Own and display your loyalty with one of
the finest collectibles available for
the avid Patriots fan!

Silver ring with cz's is offered at $595

10k yellow or white gold ring with CZ's
is available for $995
10k yellow or white gold ring with diamonds
is also available for $1,695.
To order the either of the gold rings
with either diamonds or cz's,
email me for ordering instructions.

Whole and half sizes 5 to 14. Larger sizes available
at additional cost. Make sure you order your correct size.
We do not offer resizing, refunds or exchanges
if you've ordered the wrong size.

Sorry, no refunds for any reason. Exchanges
only if item is defective. Replacements will only
be made with same ring.

Please allow approximately 6-8 weeks for delivery.

These are selling fast, so ORDER TODAY!
Be one of the PROUD few to own this impressive
New England Patriots Superbowl collectible!



Powered by eBay Turbo Lister





FREE Counters and Services from Andale

## Shipping and payment details

Shipping and handling: **US $25.00** (within United States)
(first item)                Buyer pays for all shipping costs

Cost per additional item:   US $0.00

Shipping insurance:         US $20.00 (Required)

Sales tax:                  8.900% (only in WA)

Will ship to United States only.

**Seller's payment instructions & return policy:**
Cashier's check, money orders, and Paypal accepted. NO
REFUNDS. Exchanges with same item only if merchandise is
defective. Buyer is advised to be sized by a jeweler prior to ordering
ring(s). No returns or exchanges if wrong size is ordered. All rings
shipped insured via Federal Express. Please make sure to include
your ring size with payment.

## Payment methods accepted

• *PayPal*®(☰☰☰☰☰☰)
• Money order/Cashiers check
• See item description for payment methods accepted
Learn about payment methods.

## Ready to buy?                                    ? help

New England Patriots Silver Championship Ring

*Buy It Now* price:   **US $595.00**

Quantity:        x  1

[ Buy It Now > ]

Purchase this item now without bidding.
Learn about Buy It Now.

**What else can you do?**

← Back to home page  |  Ask seller a question  |  Email this item to a friend  |  ↑ Top of page

Seller assumes all responsibility for listing this item. .

Announcements  |  Register  |  Security Center  |  Policies  |  Feedback Forum  |  About eBay

Copyright © 1995-2004 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

