UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL FOOTBALL LEAGUE, *et al.*,

    Plaintiffs,

    v.

DANIEL W. BASE, *et al.*,

    Defendants

Case No. C04-1776L

ORDER DENYING MOTION FOR DEFAULT JUDGMENT

    This matter comes before the Court on defendants' motion for entry of default judgment against cross claim defendants Steve Roberts and Jane Doe Roberts (the "Roberts") (Dkt. #19). Defendants have not sought and the Court has not entered default against the Roberts. Therefore, defendants' motion for entry of default judgment is premature and is DENIED.

    DATED this 9th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT